

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2017

No. 04-17-00320-CR

John K. **MARLON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4990
Honorable Sid L. Harle, Judge Presiding

## O R D E R

The appellant's motion for extension of time is hereby GRANTED IN PART. Time is extended to August 11, 2017.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2017.

Luz Estrada
Chief Deputy Clerk